**JUDGE SWAIN**

Swert, J

Part I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

09 CV 3572

|  |  |  |
|---|---|---|
| DELIZIA LIMITED, | ) ) ) ) ) ) ) ) ) ) ) | Case No. |
|  |  | ECF CASE |
| Petitioner, |  |  |
| -against- |  | **ORDER TO FILE UNDER SEAL** |
| THE STATE OF ERITREA, |  |  |
| Respondent. |  |  |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/09

It is hereby, ORDERED, that the Petition to Confirm Arbitration Award and exhibits annexed thereto and the Memorandum of Law in Support of Delizia Limited's Petition to Confirm Arbitration Award in the above-referenced action shall be filed under seal by the clerk of the court and shall not be opened or made available to the public, pursuant to the contractual confidentiality provision the parties agreed to in their underlying contract which provides that the "Confidentiality of the nature of this Contract, the mutual commitments of the Parties hereto and compliance with time-schedules are cardinal elements for and in the implementation of this contract."

Dated: 4·8·09         SO ORDERED

                                                   USDJ

                                                   PART I

Presented by:

Dickstein Shapiro LLP

By _____
    Howard Graff, Esq. (HG7057)

2