UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELIZIA LIMITED<br><br>              Plaintiff,<br><br>        -V-<br><br>THE STATE OF ERITREA<br>              Defendants. | **CERTIFICATE OF MAILING**<br><br>09 CV 3572 (LTS) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 4th day of May, 2009

I served the

Summons, Petition to Confirm Arbitration Award, Memorandum of Law in Support of Petition to confirm Arbitration Award, Civil Cover Sheet, Rule 7.1 Statement and Order to File Under Seal

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 8th day of April, 2009

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RE 296 052 515 US**

*J. Michael McMahon*
CLERK

Dated: New York, NY



```
========================================
           CHINATOWN STA.
         NEW YORK, New York
              100139991
            3558250004-0095
  05/04/2009 (212)349-8264 10:48:55 AM
========================================
========== Sales Receipt ==========
 Product          Sale  Unit
 Description      Qty   Price      Final
                                   Price

 Ethiopia -                        $22.45
 First-Class Mail
 Int'l  Large Env
 2 lb. 15.50 oz.
 Registered                        $10.80

 Insured Value :        $0.01
 Article Value :        $0.01
 Label #:         RE296052515US
 Customs Form #: LC922093105US
                                 ========
 Issue PVI:                        $33.25

                                 ==========
 Total:                            $33.25

 Paid by:
 Cash
 Change Due:                       $34.00
                                   -$0.75

Order stamps at USPS.com/shop or
call 1-800-Stamp24.  Go to
USPS.com/clicknship to print
shipping labels with postage.  For
other information call
1-800-ASK-USPS.

Bill#:1000501237670
Clerk:02

All sales final on stamps and postage
Refunds for guaranteed services only
    Thank you for your business
**************************************
**************************************
       HELP US SERVE YOU BETTER

   Go to: http://gx.gallup.com/pos

     TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

         YOUR OPINION COUNTS
**************************************
**************************************


              Customer Copy
```