UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

DELIZIA LIMITED,

       Plaintiff,

-v-                                            No.  09 Civ. 3572 (LTS)(AJP)

THE STATE OF ERITREA,

       Defendant.                          <u>ORDER</u>

-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 2 2009

       This matter having been commenced by the filing of a petition on April 8, 2009, and the defendant having failed to interpose a timely answer to the petition or otherwise move in this proceeding, and the plaintiff having sought permission to move for a default judgment confirming the subject arbitration award, it is hereby

       ORDERED, that the plaintiff may make a motion for a default judgment; and it is further

       ORDERED, that such motion for default judgment shall be served on the defendant and shall be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

       ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

       ORDERED, that Plaintiff shall file via ECF a redacted copy of the petition and attachments, redacting only such information as is described in paragraph 10(h) of the underlying contract, no later than September 15, 2009; and it is further

ORDERED, that plaintiff shall serve a copy of this Order on defendant and file proof of such service within ten (10) days from the date hereof.

Dated: New York, New York
       September 2, 2009

_____
LAURA TAYLOR SWAIN
United States District Judge