USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05 FEB 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DELIZIA LIMITED,<br><br>                    Petitioner,<br><br>-against-<br><br>THE STATE OF ERITREA,<br><br>                    Respondent. | Case No. 09-Civ-3572 (LTS) (AJP)<br><br>ECF CASE<br><br>[~~PROPOSED~~] **DEFAULT JUDGMENT** |

This action having been commenced on April 8, 2009, by the filing of the Summons and Petition to Confirm Arbitration Award, and a copy of the Summons and Petition to Confirm Arbitration Award having been served on the Respondent The State of Eritrea through the Clerk of the Court pursuant to 28 U.S.C. § 1608(a)(3) on June 19, 2009; and proof of service having been docketed on July 8, 2009; and the Respondent not having answered the Petition to Confirm Arbitration Award, and the time for answering the Petition to Confirm Arbitration Award having expired; and the Clerk having signed the Clerk's Certificate of Default on September 10, 2009, noting the default of Respondent, it is

ORDERED, ADJUDGED AND DECREED:  That the Petition to Confirm Arbitration Award is granted and the final Arbitration Award rendered on April 18, 2006, by a duly convened Arbitral Tribunal of the Arbitration Institute of the Stockholm Chamber of Commerce, is hereby confirmed in its entirety; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED: That the Petitioner, Delizia Limited, have judgment as against Respondent The State of Eritrea in the total liquidated amount of $ 3,136,079 , comprising: (i) US$2,175,775.00 with interest at 6% from January 31, 2005 amounting to $ 654,876 ; plus (ii) US$163,183.00 with interest

at 6% from April 18, 2006 amounting to $ __37,259—__ ; plus (iii) US$85,470.10 with interest at 6% from April 18, 2006 amounting to $ __19,515—__ .

Dated: New York, New York
       __February 5__, 2010

_____
LAURA TAYLOR SWAIN
United States District Judge

This document was entered on the docket on _____.

| | | | |
|---|---|---|---|
| Base     | 2,175,775 | 163,183 | 85,470 |
| Interest |   654,876 |  37,259 | 19,515 |
| Sum      | 2,830,651 | 200,442 | 104,985 |
| | | | |
| Total    | 3,136,079 | | |